UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 14-00584-CJC(RNBx)　　　　　　Date  July 22, 2014

Title  Burklyn King v. Atlas Recoveries, LLC

---

Present: The Honorable  　CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE

　　On July 14, 2014, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.  On July 21, 2014, Plaintiff filed an amended application for Clerk to enter default against defendant in response to the order to show cause.  In light of Plaintiff's response, the Court hereby ORDERS the OSC discharged.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 0

　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　mu