# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURKLYN KING, | Case No: 8:14-cv-00584-CJC-RNB |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION TO SET ASIDE DEFAULT** |
| ATLAS RECOVERIES, LLC, | |
| Defendants. | |

Having considered the parties' Stipulation to Set Aside Default, the Court ordered as follows:

The default is hereby set aside.  Defendant shall file its response to Plaintiff's Complaint no later than <u>September 15, 2014.</u>

IT IS SO ORDERED.

DATED:  September 2, 2014   _____

United States District Court Judge